COLLIN ROBINSON v. THE STATE.

No. 1889. Decided June 12, 1912.

**Robbery—Indictment—Precedent.**

Where, upon trial of robbery, the indictment followed approved precedent, there was no error.

Appeal from the District Court of McLennan. Tried below before the Hon. Richard I. Munroe.

Appeal from a conviction of robbery; penalty, seventeen years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—This was a conviction for robbery, the indictment being the same in this case as in the case of Collin Robinson v. State, No. 1888, this day decided. I am of the opinion that the motion to quash was well taken under the recent decision of Green v. State, in an opinion by Judge Prendergast. My brethren hold in that I am mistaken in the case of Robinson v. State, No. 1888. Following that case and in deference to the majority opinion the judgment herein is ordered to be affirmed.

*Affirmed.*